# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CISNEROS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ARAMARK FACILITY SERVICES, LLC,<br><br>  Defendant. | Case No. 24-cv-580-MMA-BLM<br><br>**ORDER DISMISSING CASE** |

On August 30, 2023, Plaintiffs Maria Cisneros, Marta Chavez, and Victor Garcia (collectively, "Plaintiffs") initiated this putative wage and hour class action against Defendant Aramark Facility Services, LLC ("Defendant") in Los Angeles County. Doc. No. 1-1. On March 26, 2024, the case was transferred from the Central District of California to this district. Doc. No. 22. After nearly seven (7) months elapsed with no activity in this case, on October 10, 2024, the Court ordered Plaintiffs to show cause in writing as to why this case should not be dismissed for failure to prosecute pursuant to Civil Local Rule 41.1.a. Doc. No. 25 ("OSC"). The Court cautioned that a failure to respond to the OSC would result in dismissal. *Id.* at 2. To date, Plaintiffs have not responded to the OSC and the time for doing so has since expired.

Based upon Plaintiffs' failure to prosecute this action and failure to comply with the Court's OSC, the Court **DISMISSES** this action without prejudice.  The Court further **DIRECTS** the Clerk of Court to enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated:  November 1, 2024

HON. MICHAEL M. ANELLO
United States District Judge