

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Cisneros et al | Civil Action No. 24cv0580-MMA-BLM |
| Plaintiff, | |
| V. | |
| Aramark Facility Services, LLC et al | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based upon Plaintiffs' failure to prosecute this action and failure to comply with the Court's OSC, the Court DISMISSES this action without prejudice. The case is hereby closed.

Date: 11/1/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Fujita

M. Fujita, Deputy